| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Edwin J. Rambuski**<br>**1401 Higuera Street**<br>**San Luis Obispo, CA 93401-2915**<br>**(805) 546-8284 Fax:  (805) 546-8489**<br>**109602 CA**<br>**edwin@rambuskilaw.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>     **Reno Nicholas Heon**<br>     **Christina Marie Heon** | CASE NO.: **9:20-bk-10625-DS**<br><br>CHAPTER: **7**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B       ☐ Schedule C       ☐ Schedule D       ☑ Schedule E/F       ☐ Schedule G

☑ Schedule H       ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)       ☐ Statement of Intentions       ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **September 15, 2020**    _____

**Reno Nicholas Heon**
Debtor 1 Signature

_____

**Christina Marie Heon**
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Reno Nicholas Heon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Christina Marie Heon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **9:20-bk-10625-DS** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number **0297** | **$14,392.88** | **$14,392.88** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**Form 1040**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    50320                    Best Case Bankruptcy

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)    **9:20-bk-10625-DS**

---

| 4.1 | **A-Pre** | Last 4 digits of account number | | $10,620.00 |

Nonpriority Creditor's Name
**1509 Bridgetown Pike**
**Langhorne, PA 19053**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.2 | **AirSlamit** | Last 4 digits of account number | none | $120,817.60 |

Nonpriority Creditor's Name
**816 E. Main St.**
**Mesa, AZ 85203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.3 | **American Express** | Last 4 digits of account number | 9992 | $49,019.00 |

Nonpriority Creditor's Name
**P.O. Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)  **9:20-bk-10625-DS**

---

| 4.4 | **Arnott, LLC** | Last 4 digits of account number | **None** | $1.00 |

Nonpriority Creditor's Name
**100 Sea Ray Drive**
**Merritt Island, FL 32953**
Number Street City State Zip Code

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **UTSA claims**

---

| 4.5 | **AVS** | Last 4 digits of account number | **none** | $54,087.70 |

Nonpriority Creditor's Name
**4555 N Cedar Ave**
**Fresno, CA 93726**
Number Street City State Zip Code

When was the debt incurred?  **2019**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.6 | **AVS** | Last 4 digits of account number | **none** | $156.87 |

Nonpriority Creditor's Name
**4555 N Cedar Ave**
**Fresno, CA 93726**
Number Street City State Zip Code

When was the debt incurred?  **2019**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)  **9:20-bk-10625-DS**

---

| 4.7 | **Bank of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 982234**
**El Paso, TX 79998-2234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7991

**When was the debt incurred?** 2008

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

$10,259.15

---

| 4.8 | **BBVA USA** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 10184**
**Birmingham, AL 35202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7924

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan**

$19,343.65

---

| 4.9 | **Best Egg** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 207865**
**Dallas, TX 75320-7865**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 1155

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Loan**

$5,822.86

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number *(if known)*    **9:20-bk-10625-DS**

---

| | | |
|---|---|---|
| 4.10 | **Capital One Spark Card** | |

**Last 4 digits of account number**    **none**    **$1.00**

Nonpriority Creditor's Name
**PO Box 71083**
**Charlotte, NC 28272**
Number Street City State Zip Code

**When was the debt incurred?**    **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| | | |
|---|---|---|
| 4.11 | **Carmel & Naccasha, LLP** | |

**Last 4 digits of account number**    **none**    **$16,033.00**

Nonpriority Creditor's Name
**1410 Marsh St.**
**San Luis Obispo, CA 93401**
Number Street City State Zip Code

**When was the debt incurred?**    **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| | | |
|---|---|---|
| 4.12 | **CDS Business Services, INC** | |

**Last 4 digits of account number**    **3727**    **$740,000.00**

Nonpriority Creditor's Name
**1981 Marcus Ave, Suite 130**
**Lake Success, NY 11042**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Reno Nicholas Heon**
Debtor 2   **Christina Marie Heon**

Case number (*if known*)   **9:20-bk-10625-DS**

---

| 4.1 3 | **Cedar Advance** | | | |
|---|---|---|---|---|

| | | Last 4 digits of account number | **unknown** | $75,235.95 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2917 Avenue I**
**Brooklyn, NY 11210**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt listed out of caution**

---

| 4.1 4 | **Chase Bank** | | | |
|---|---|---|---|---|

| | | Last 4 digits of account number | **8221** | $5,208.76 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15145**
**Wilmington, DE 19850**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt listed out of caution**

---

| 4.1 5 | **Chase Credit Card** | | | |
|---|---|---|---|---|

| | | Last 4 digits of account number | **none** | $13,752.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt listed out of caution**

---

Debtor 1   **Reno Nicholas Heon**
Debtor 2   **Christina Marie Heon**

Case number *(if known)*   **9:20-bk-10625-DS**

---

| 4.16 | **Chase Ink Credit Card** | Last 4 digits of account number | **0797** | **$14,621.64** |

Nonpriority Creditor's Name
**P.O. Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

| 4.17 | **CHTD Company** | Last 4 digits of account number | **5120** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 2576**
**Springfield, IL 62708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

| 4.18 | **Citi Costco Credit Card** | Last 4 digits of account number | **1291** | **$5,883.45** |

Nonpriority Creditor's Name
**Citi Cards**
**P.O. Box 78019**
**Phoenix, AZ 85062-8019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number (if known)    **9:20-bk-10625-DS**

---

| 4.19 | **Citibank Credit Card** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 9001037**
**Louisville, KY 40290**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **none**                            **$5,524.58**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt listed out of caution**

---

| 4.20 | **Clearbanc Loan** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**200 University Ave**
**Toronto, Ontario M5V3C6**
**CANADA**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7332**                            **$341,422.24**

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt listed out of caution**

---

| 4.21 | **CoastHills Credit Union** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Customer Service**
**P.O. Box 30495**
**Tampa, FL 33630-3495**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **8122**                            **$30,357.02**

**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit card purchases**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number (if known)    **9:20-bk-10625-DS**

---

| 4.2 2 | **Corporation Service Company,** | Last 4 digits of account number | **3046** | **Unknown** |

Nonpriority Creditor's Name
**As Representative**
**PO Box 2576**
**Springfield, IL 62708**
Number Street City State Zip Code

When was the debt incurred?    **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.2 3 | **CT Corporation System,** | Last 4 digits of account number | **4169** | **$0.00** |

Nonpriority Creditor's Name
**as representative, Attn: SPRS**
**330 N. Brand Blvd, Suite 700**
**Glendale, CA 91203**
Number Street City State Zip Code

When was the debt incurred?    **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.2 4 | **Cutting Edge Precision** | Last 4 digits of account number | **none** | **$10,267.00** |

Nonpriority Creditor's Name
**846 Freedom St.**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred?    **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number *(if known)*    **9:20-bk-10625-DS**

---

| 4.2 5 | | | |
|---|---|---|---|

**Employment Development Department**

Nonpriority Creditor's Name

**Bankruptcy Special Procedures Group**
**PO Box 826880 MIC Group 92E**
**Sacramento, CA 94280-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3747**                    **$5,000.00**

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.2 6 | | | |
|---|---|---|---|

**Essential Cleaning**

Nonpriority Creditor's Name

**2146 Parker Street**
**San Luis Obispo, CA 93401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **none**                    **$3,152.00**

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.2 7 | | | |
|---|---|---|---|

**Fast Trak Fabrication**

Nonpriority Creditor's Name

**3011 W  Dakota Ave**
**Fresno, CA 93722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$1,328.15**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| Debtor 1 | **Reno Nicholas Heon** |
| Debtor 2 | **Christina Marie Heon** |

Case number (if known)    **9:20-bk-10625-DS**

---

**4.28**

**FedEx**
Nonpriority Creditor's Name
**942 South Shady Grove Road**
**Memphis, TN 38120**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **7069**                                          **$7,167.42**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

**4.29**

**Fora Financial Advance, LLC**
Nonpriority Creditor's Name
**519 Eighth Avenue**
**New York, NY 10018**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **Unknown**                                      **$31,158.56**

When was the debt incurred?    **2019**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

**4.30**

**Fox Capital Group**
Nonpriority Creditor's Name
**140 Broadway, 46th Floor**
**New York, NY 10005**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **unknown**                                     **$112,557.31**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)  **9:20-bk-10625-DS**

---

| 4.3 1 | **Franchise Tax Board** | Last 4 digits of account number | **3747** | **$3,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Business Entity Bankruptcy MS A345
PO Box 2952
Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred?  **2020**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.3 2 | **Hanaco** | Last 4 digits of account number | | **$975.45** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3965 Schaefer Ave
Chino, CA 91710**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.3 3 | **Internal Revenue Service** | Last 4 digits of account number | **3747** | **$57,752.95** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **2020**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

Debtor 1   **Reno Nicholas Heon**
Debtor 2   **Christina Marie Heon**

Case number (if known)   **9:20-bk-10625-DS**

---

| 4.3 4 | **IRS/OHIO** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 145595**
**Cincinnati, OH 45250-5595**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **3747**                    **$189,397.82**

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

| 4.3 5 | **Little Shop Manufacturing** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**150 Mahr Ave**
**Lawrenceburg, TN 38464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **none**                    **$6,935.00**

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

| 4.3 6 | **Lowrider Depot** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**10 Annette Road**
**Foxboro, MA 02035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **none**                    **$33,523.25**

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt listed out of caution**

---

Debtor 1   **Reno Nicholas Heon**
Debtor 2   **Christina Marie Heon**

Case number (if known)   **9:20-bk-10625-DS**

---

| 4.37 | **MX Electronics Manufacturing** | **Last 4 digits of account number** | **none** | **$80,231.00** |
|------|-----------------------------------|--------------------------------------|----------|-----------------|

Nonpriority Creditor's Name

**1651 E. St Andrew Place**
**Santa Ana, CA 92705-4932**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Business debt listed out of caution**

---

| 4.38 | **Navient** | **Last 4 digits of account number** | **7101** | **$1,768.16** |
|------|-------------|--------------------------------------|----------|-----------------|

Nonpriority Creditor's Name

**U.S. Department of Education Loan**
**P.O. Box 9635**
**Wilkes Barre, PA 18773-9635**
Number Street City State Zip Code

**When was the debt incurred?**   **2006**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify

**Student loan**

---

| 4.39 | **Navient** | **Last 4 digits of account number** | **7102** | **$3,248.94** |
|------|-------------|--------------------------------------|----------|-----------------|

Nonpriority Creditor's Name

**U.S. Department of Education Loan**
**P.O. Box 9635**
**Wilkes Barre, PA 18773-9635**
Number Street City State Zip Code

**When was the debt incurred?**   **2006**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify

**Student loan**

---

| Debtor 1 | **Reno Nicholas Heon** | | |
|---|---|---|---|
| Debtor 2 | **Christina Marie Heon** | | |
| | | Case number *(if known)* | **9:20-bk-10625-DS** |

---

| 4.40 | **Newtek Small Business Finance, LLC** | Last 4 digits of account number | **2E11** | | **$1,021,367.36** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**60 Hempstead Ave**
**West Hempstead, NY 11552**

Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**■ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.41 | **Oneway Industrial** | Last 4 digits of account number | **ACCAIR** | | **$1,220.81** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**302 Pine Ave**
**Goleta, CA 93117**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**■ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.42 | **Paypal** | Last 4 digits of account number | | | **$40,801.17** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**2211 North First Street**
**San Jose, CA 95131**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**■ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number *(if known)*    **9:20-bk-10625-DS**

---

| 4.4 3 | **Paypal** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**2211 North First Street**
**San Jose, CA 95131**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt listed out of caution**

---

| 4.4 4 | **Paypal Working Capital** | Last 4 digits of account number _____ | $19,539.80 |

Nonpriority Creditor's Name
**2211 North First Street**
**San Jose, CA 95131**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt listed out of caution**

---

| 4.4 5 | **Paypal Working Capital** | Last 4 digits of account number _____ | $42,460.79 |

Nonpriority Creditor's Name
**2211 North First Street**
**San Jose, CA 95131**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt listed out of caution**

---

Debtor 1   **Reno Nicholas Heon**
Debtor 2   **Christina Marie Heon**

Case number (if known)   **9:20-bk-10625-DS**

---

| 4.4 6 | **Plush Automotive** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**126 Station Rd.**
**Broughton Astley, Leicester LE9 6PW**
**UNITED KINGDOM**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **none**          **$20,000.00**

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt listed out of caution**

---

| 4.4 7 | **SLO Buckley Properties** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2 Alta Mira**
**San Luis Obispo, CA 93401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **none**          **$104,195.23**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt listed out of caution**

---

| 4.4 8 | **Solenoid Solutions, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2251 Manchester Road**
**Erie, PA 16506**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **none**          **$38,505.00**

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt listed out of caution**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)  **9:20-bk-10625-DS**

---

| 4.49 | **Spark Capital One** | Last 4 digits of account number | **3055** | **$12,045.41** |

Nonpriority Creditor's Name
**Capital One**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0287**
Number Street City State Zip Code

When was the debt incurred?  **2018**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.50 | **Streetec** | Last 4 digits of account number | **none** | **$32,112.00** |

Nonpriority Creditor's Name
**Industriestra e 12**
**Hochst, Odenwald 64739**
**GERMANY**
Number Street City State Zip Code

When was the debt incurred?  **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt listed out of caution**

---

| 4.51 | **SyncB/Chevron PLCC** | Last 4 digits of account number | **6633** | **$307.23** |

Nonpriority Creditor's Name
**P.O. Box 965015**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?  **2000**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number (*if known*)    **9:20-bk-10625-DS**

---

| 4.5<br>2 | **TD Bank USA, N.A.** | Last 4 digits of account number | **8427** | **$1,134.58** |

Nonpriority Creditor's Name
**c/o Target Card Services
P.O. Box 9500
Minneapolis, MN 55440**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.5<br>3 | **The Tompkins Trust Dated** | Last 4 digits of account number | **5E11** | **$750,000.00** |

Nonpriority Creditor's Name
**November 14, 2007
684 Higuera St Ste B
San Luis Obispo, CA 93401-3550**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

| 4.5<br>4 | **TTI, Inc.** | Last 4 digits of account number | **none** | **$45,315.00** |

Nonpriority Creditor's Name
**2441 Northeast Parkway
Fort Worth, TX 76106-1816**
Number Street City State Zip Code

**When was the debt incurred?**    **2019**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Debtor 1    **Reno Nicholas Heon**
Debtor 2    **Christina Marie Heon**

Case number (if known)    **9:20-bk-10625-DS**

---

| 4.5 5 | **Upstart Network, Inc.** | | Last 4 digits of account number | **0228** | | **$48,281.38** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Upstart Loan Operations**
**P.O. Box 1503**
**San Carlos, CA 94070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

| 4.5 6 | **Wells Fargo Card Services** | | Last 4 digits of account number | **9022** | | **$17,931.20** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 10347**
**Des Moines, IA 50306-0347**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2001**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.5 7 | **Wells Fargo Credit Card** | | Last 4 digits of account number | **none** | | **$18,176.79** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 51193**
**Los Angeles, CA 90051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt listed out of caution**

---

Debtor 1  **Reno Nicholas Heon**
Debtor 2  **Christina Marie Heon**

Case number (if known)   **9:20-bk-10625-DS**

| 4.5 8 | **Wells Fargo Credit Card** | Last 4 digits of account number | **3233** | **$9,331.59** |

Nonpriority Creditor's Name

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

When was the debt incurred?  **2008**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt listed out of caution**

---

| 4.5 9 | **Wells Fargo Credit Card** | Last 4 digits of account number | **3241** | **$8,845.20** |

Nonpriority Creditor's Name

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code

When was the debt incurred?  **2008**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt listed out of caution**

---

| 4.6 0 | **West Coast Business Capital** | Last 4 digits of account number | **unknown** | **$72,235.95** |

Nonpriority Creditor's Name

**116 Nassau St, Ste 804**
**New York, NY 10038**
Number Street City State Zip Code

When was the debt incurred?  **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
■ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt listed out of caution**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

| Debtor 1 | **Reno Nicholas Heon** | | |
|---|---|---|---|
| Debtor 2 | **Christina Marie Heon** | Case number (if known) | **9:20-bk-10625-DS** |

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cross River Bank** | Line **4.55** of (Check one): |
| **885 Teaneck Road** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Teaneck, NJ 07666** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mark J. Nahnsen, Esq.** | Line **4.4** of (Check one): |
| **Barnes & Thornburg LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **One North Wacker Dr., Suite 4400** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Chicago, IL 60606** | |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 14,392.88 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 14,392.88 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 5,017.10 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 4,374,419.95 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 4,379,437.05 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Reno Nicholas Heon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Christina Marie Heon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **9:20-bk-10625-DS** |

■ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**AirSlamit** |
| 3.2 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**American Express** |
| 3.3 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**AVS** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Reno Nicholas Heon** | | |
| | **Christina Marie Heon** | Case number *(if known)* | **9:20-bk-10625-DS** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**AVS** |
| 3.5 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**Capital One Spark Card** |
| 3.6 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Carmel & Naccasha, LLP** |
| 3.7 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**CDS Business Services, INC** |
| 3.8 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Cedar Advance** |
| 3.9 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>**Chase Credit Card** |
| 3.10 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Chase Ink Credit Card** |
| 3.11 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**CHTD Company** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Reno Nicholas Heon**
**Christina Marie Heon**

Case number *(if known)* **9:20-bk-10625-DS**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.18**<br>☐ Schedule G _____<br>**Citi Costco Credit Card** |
| 3.13 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**Citibank Credit Card** |
| 3.14 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Clearbanc Loan** |
| 3.15 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.22**<br>☐ Schedule G _____<br>**Corporation Service Company,** |
| 3.16 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.23**<br>☐ Schedule G _____<br>**CT Corporation System,** |
| 3.17 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.24**<br>☐ Schedule G _____<br>**Cutting Edge Precision** |
| 3.18 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Employment Development Department** |
| 3.19 **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Essential Cleaning** |

| Debtor 1 | Reno Nicholas Heon | Case number *(if known)* | **9:20-bk-10625-DS** |
|---|---|---|---|
| | **Christina Marie Heon** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**Fora Financial Advance, LLC** |
| 3.21  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>**Fox Capital Group** |
| 3.22  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>**Franchise Tax Board** |
| 3.23  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.24  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**IRS/OHIO** |
| 3.25  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Little Shop Manufacturing** |
| 3.26  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**Lowrider Depot** |
| 3.27  **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**MX Electronics Manufacturing** |

| Debtor 1 | Reno Nicholas Heon<br>Christina Marie Heon | Case number *(if known)* | **9:20-bk-10625-DS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.28 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G<br>**Newtek Small Business Finance, LLC** |
|---|---|---|
| 3.29 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G<br>**Plush Automotive** |
| 3.30 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G<br>**SLO Buckley Properties** |
| 3.31 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G<br>**Solenoid Solutions, Inc.** |
| 3.32 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G<br>**Spark Capital One** |
| 3.33 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Streetec** |
| 3.34 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G<br>**The Tompkins Trust Dated** |
| 3.35 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G<br>**TTI, Inc.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Reno Nicholas Heon** <br> **Christina Marie Heon** | Case number *(if known)* | **9:20-bk-10625-DS** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.36 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.57__ <br> ☐ Schedule G _____ <br> **Wells Fargo Credit Card** |
| 3.37 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.58__ <br> ☐ Schedule G _____ <br> **Wells Fargo Credit Card** |
| 3.38 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.59__ <br> ☐ Schedule G _____ <br> **Wells Fargo Credit Card** |
| 3.39 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.60__ <br> ☐ Schedule G _____ <br> **West Coast Business Capital** |
| 3.40 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.1__ <br> ☐ Schedule G _____ <br> **A-Pre** |
| 3.41 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.14__ <br> ☐ Schedule G _____ <br> **Chase Bank** |
| 3.42 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.27__ <br> ☐ Schedule G _____ <br> **Fast Trak Fabrication** |
| 3.43 **AccuAir Control Systems, LLC** <br> **1241 Johnson, Suite 355** <br> **San Luis Obispo, CA 93401** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line __4.28__ <br> ☐ Schedule G _____ <br> **FedEx** |

| Debtor 1 | **Reno Nicholas Heon** | | Case number *(if known)* | **9:20-bk-10625-DS** |
| | **Christina Marie Heon** | | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Hanaco** |
| 3.45 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.41**__<br>☐ Schedule G _____<br>**Oneway Industrial** |
| 3.46 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.42**__<br>☐ Schedule G _____<br>**Paypal** |
| 3.47 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.43**__<br>☐ Schedule G _____<br>**Paypal** |
| 3.48 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.44**__<br>☐ Schedule G _____<br>**Paypal Working Capital** |
| 3.49 | **AccuAir Control Systems, LLC**<br>**1241 Johnson, Suite 355**<br>**San Luis Obispo, CA 93401** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**Paypal Working Capital** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A-Pre
1509 Bridgetown Pike
Langhorne, PA 19053


AccuAir Control Systems, LLC
1241 Johnson, Suite 355
San Luis Obispo, CA 93401


Arnott, LLC
100 Sea Ray Drive
Merritt Island, FL 32953


Chase Bank
P.O. Box 15145
Wilmington, DE 19850


Fast Trak Fabrication
3011 W Dakota Ave
Fresno, CA 93722


FedEx
942 South Shady Grove Road
Memphis, TN 38120


Hanaco
3965 Schaefer Ave
Chino, CA 91710


Mark J. Nahnsen, Esq.
Barnes & Thornburg LLP
One North Wacker Dr., Suite 4400
Chicago, IL 60606

Oneway Industrial
302 Pine Ave
Goleta, CA 93117


Paypal
2211 North First Street
San Jose, CA 95131


Paypal Working Capital
2211 North First Street
San Jose, CA 95131

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master**
**Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**September 16, 2020,**  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

Donna Belliveau, Creditor - donna.belliveau@ally.com
Jeremy W. Faith (TR), Chapter 7 Trustee - Trustee@MarguliesFaithlaw.com,
C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
Edwin J Rambuski, Attorney for Debtors - edwin@rambuskilaw.com, marissa@rambuskilaw.com
United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **September 16, 2020**, I served the following persons and/or entities at
the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (**state method
for each person or entity served**)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2020 | Marissa Rowland | *Mira Raw* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Attachment to Proof of Service
(served via U.S. Mail)

A-Pre
1509 Bridgetown Pike
Langhorne, PA 19053

AccuAir Control Systems, LLC
1241 Johnson, Suite 355
San Luis Obispo, CA 93401

Arnott, LLC
100 Sea Ray Drive
Merritt Island, FL 32953

Chase Bank
P.O. Box 15145
Wilmington, DE 19850

Fast Trak Fabrication
3011 W Dakota Ave
Fresno, CA 93722

FedEx
942 South Shady Grove Road
Memphis, TN 38120

Hanaco
3965 Schaefer Ave
Chino, CA 91710

Mark J. Nahnsen, Esq.
Barnes & Thornburg LLP
One North Wacker Dr., Suite 4400
Chicago, IL 60606

Oneway Industrial
302 Pine Ave
Goleta, CA 93117

Paypal
2211 North First Street
San Jose, CA 95131

Paypal Working Capital
2211 North First Street
San Jose, CA 95131